**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00076-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DONALD LAWRENCE DENNY,

    Defendant.

---

**MINUTE ORDER**[1]

---

A Notice of Disposition was filed on August 5, 2011.  A Joint Change of Plea hearing is set for **September 7, 2011**, at 11:00 a.m., with Criminal Case No. 11-cr-00204-REB, *USA v. Ramirez-Vasquez*.  **Counsel for the parties shall deliver or e-mail a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**.  *See* D.C.COLO.LCrR 11.1C. If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.  On the date of the hearing, counsel shall then bring with them an original and one (1) copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    **IT IS FURTHER ORDERED** as follows:

    1.  That the motions' hearing setting conference set for August 22, 2011, is **VACATED**; and

    2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for the change of plea hearing.

    Dated:  August 5, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.