**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00076-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DONALD LAWRENCE DENNY,

      Defendant.

---

**MINUTE ORDER**[1]

---

On August 23, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **September 20, 2011**, commencing at 9:00 a.m., the court shall conduct the change of plea hearing in this matter;

2. That the Trial Preparation Conference set for September 16, 2011, and the jury trial set to commence September 19, 2011, are **VACATED**; and

3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for the change of plea hearing.

      Dated: August 23, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.